Shelby J. BEENE and Mrs. Shelby J. Beene, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent. *

No. 5824.

Circuit Court of Appeals, Fifth Circuit.
May 16, 1930.

John H. Tucker, Jr., of Shreveport, La., for petitioners.

G. A. Youngquist, Asst. Atty. Gen., C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Robert L. Williams, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., and Randolph C. Shaw, Sp. Asst. to the Atty. Gen., for respondent.

Before BRYAN and FOSTER, Circuit Judges, and GRUBB, District Judge.

BRYAN, Circuit Judge.

It was stipulated by counsel that the above case should abide the result of the petition in the case of L. T. Waller and Mrs. L. T. Waller v. Commissioner of Internal Revenue (C. C. A.) 40 F.(2d) 892, this day decided and affirmed. Accordingly, the decision of the Board of Tax Appeals herein is affirmed.

*Rehearing denied August 4, 1930.